UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOWARD SANDERS,

    Plaintiff,                         No. 11-12563
                                         District Judge Paul D. Borman
                                         Magistrate Judge R. Steven Whalen

WASHINGTON, ET AL.,

    Defendants.
_____/

**ORDER**

Plaintiff's Motion for Order for Service of Process [Doc. #42] is GRANTED.  By separate order, I will direct the United States Marshal to serve Defendant Washington by certified mail, return receipt requested.

IT IS SO ORDERED.


Dated: January 17, 2014                 s/R. Steven Whalen
                                                R. STEVEN WHALEN
                                                UNITED STATES MAGISTRATE JUDGE


I hereby certify that a copy of the foregoing document was sent to parties of record on January 17, 2014, electronically and/or by U.S. mail.

                                                s/Michael Williams
                                                Case Manager to the
                                                Honorable R. Steven Whalen