UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOWARD SANDERS

        Plaintiff,        Case No. 11-12563
                                  District Judge Paul D. Borman
-vs-                                  Magistrate Judge R. Steven Whalen

WASHINGTON, ET AL.,

        Defendant.
_____/

### ORDER DIRECTING RE-SERVICE OF PLAINTIFF'S COMPLAINT

It has previously been determined that plaintiff may proceed without prepayment of fees and the Court has previously ordered service but service has been unexecuted as to the defendant; Washington.

**THEREFORE, IT IS HEREBY ORDERED** that the United States Marshal re-serve a copy of the summons and complaint along with this order, upon Defendant Washington, BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED, without payment of the usual costs for such service.  The U.S. Marshal is expressly authorized to collect in any appropriate manner, from plaintiff, after effecting service the usual and customary cost for such service.

**IT IS FURTHER ORDERED** that the Michigan Department of Corrections shall provide to the U.S. Marshal Service the address for Defendant Washington, upon whom service has not been effected.

**11-12563 SANDERS V. MDOC ET. AL.,**

**SO ORDERED.**

Date: January 17, 2014                               s/R. Steven Whalen
                                                     R. STEVEN WHALEN
                                                     United States Magistrate Judge


I hereby certify that a copy of thiS Order was sent to parties of record on January 21, 2014, electronically and/or by U.S. mail.

                                                     s/Michael Williams
                                                     Case Manager for the
                                                     Honorable R. Steven Whalen