UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOWARD SANDERS, #249473,

        Plaintiff,                      Case No. 11-12563

                                                Paul D. Borman
v.                                              United States District Judge

                                                R. Steven Whalen
MAJOR WASHINGTON,                      United States Magistrate Judge

        Defendant.
_____/

OPINION AND ORDER: ADOPTING
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (ECF NO. 60);
AND GRANTING DEFENDANT WASHINGTON'S
MOTION FOR SUMMARY JUDGMENT (ECF NO. 51)

     Before the Court is Magistrate Judge R. Steven Whalen's Report and Recommendation recommending that the Court grant Defendant Major Washington's Motion for Summary Judgment. (ECF No. 60, Report and Recommendation). Plaintiff did not file an objection to the Report and Recommendation.

     Having reviewed the Report and Recommendation and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(b), the Court ADOPTS the Magistrate Judge's Report and Recommendation (ECF No. 60); GRANTS Defendant Washington's Motion for Summary Judgment (ECF No. 51); and as Defendant Washington was the sole remaining Defendant in this action, DISMISSES the Complaint with PREJUDICE.

     IT IS SO ORDERED.

                                                     s/Paul D. Borman
                                                   PAUL D. BORMAN
Dated: January 26, 2015                  UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on January 26, 2015.

                s/Deborah Tofil
                Case Manager